1  JACQUELYNE M. NGUYEN, Bar No. 249658
   LAW OFFICE OF JACQUELYNE M. NGUYEN
2  2900 BRISTOL STREET, A-208
   COSTA MESA, CA 92626
3  Telephone: (949) 722-0055
   Fax: (949) 722-8416
4  Email: jackie@jacquelynenguyenlaw.com

5  Attorney for: PLAINTIFF

            UNITED STATES DISTRICT COURT

            CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:13 cv 8516 |
|---|---|
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| DONNA L. HALLMON, AKA DONNA L. JOHNSON, | |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, United States Of America, against Defendant, Donna L. Hallmon, aka Donna L. Johnson, in the principal amount of $1,055.00 plus interest accrued to November 15, 2013, in the sum of $2,353.32; with interest accruing thereafter at 7% annually until entry of judgment, administration costs in the amount of $87.00, for a total amount of **$3,495.32**.

DATED: 12/2/13            By: TERRY NAFISI
                              Clerk of the Court

                              *Yvette Louis*
                              Deputy Clerk
                              United States District Court